DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3534

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 97-23333CF01A.

Michael L. Borwn, Miami, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***